IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RONALD DWAYNE JAMES,

    Plaintiff,

v.                                            CASE NO. 1:08-cv-00167-MP-AK

WALTER A. McNEIL,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 18, Report and Recommendation of the Magistrate Judge, which recommends that this case be dismissed without prejudice for failure to prosecute. The Magistrate entered the Report on March 12, 2009. Plaintiff has not filed an objection, and the time to do so has now passed. Upon consideration, the Court agrees with the Magistrate that this case should be dismissed. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Report and Recommendation of the Magistrate Judge (Doc. 18) is ADOPTED and incorporated herein, and this case is DISMISSED without prejudice.

**DONE AND ORDERED** this   *14th* day of April, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge